

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-01027-CV

Style: In re Callie Sheard

Date motion filed*: December 29, 2015

Type of motion: Motion to Extend Time for Filing of Response of Real Parties in Interest Ronald O'Dell and Judy O'Dell

Party filing motion: Real Parties in Interest

Document to be filed: Response

If motion to extend time:

    Original due date: December 22, 2015

    Number of previous extensions granted: 0    Current Due date:

    Date Requested: December 30, 2015

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due: **December 30, 2015**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: _/s/ Russell Lloyd
        ☑ Acting individually

Date: December 30, 2015